No. 01–170. HAWKINS, SUPERINTENDENT, COLORADO MENTAL HEALTH INSTITUTE AT PUEBLO, ET AL. v. NEIBERGER ET AL.

C. A. 10th Cir. Certiorari denied. 